UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. IP 03-199-CR-B/F |
| ) | 1:05-cv-521-SEB-VSS |
| PETER BROWN, ) | |
| ) | |
| Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:05-cv-521-SEB-VSS is **dismissed with prejudice.**

_signature_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: 07/05/2005


Copies to:

Peter Brown, Reg. No. 07384-028, United States Penitentiary, P.O. Box 33,
    Terre Haute, IN 47808

Office of the United States Attorney, 10 West Market Street  Suite 2100, Indianapolis, IN
    46204-3048